**Exhibit C**

   
## BUNKER DELIVERY NOTE

**BDN NO. 31147**

Bunker Metering Ticket No. : **506**

| | | | |
|---|---|---|---|
| Port | : SINGAPORE | Date | : 20/03/17 |
| Delivery Location | : AESPA | Vessel's Name | : ZHONG XIN PEARL |
| Bunker Tanker's Name | : UE STAR | Vessel's IMO No. | : 9684134 |
| SB No. | : 765 I | Gross Tonnage | : 40946 |
| Alongside Vessel | : 20/03/17  0940HRS (Date/Time) | Owner/Operator | : MASTER/OWNER |
| Commenced Pumping | : 20/03/17  1100HRS (Date/Time) | ETD | : 20/03/17 |
| Completed Pumping | : 20/03/17  1515HRS (Date/Time) | Next Port | : CHINA |

### PRODUCT SUPPLIED

| | | | |
|---|---|---|---|
| Product Name | MFO | Flash Point °C (ISO 2719) | 80.0 |
| Viscosity @40°C or 50°C, mm/s (ISO 3104) | 358.8 | Sulphur Content % m/m (ISO 14598 or ISO 8754) | 2.99 |
| COQ* Density@15°C, kg/m³ (ISO 3675 or ISO 12185) | 0.9834 | Metric Tons Delivered | 1249.118 |
| Water Content % V/V (ISO 3733) | 0.45 | | |

### SUPPLIER'S CONFIRMATION

We declare that the bunker fuel supplied conforms with Regulations 14(1) or (14)(4) and Regulation 18(1) of MARPOL 73/78 Annex VI.

For  AS ABOVE
Company's Name and Stamp

Signature of Cargo Officer

LIM L·S
Full Name in Block Letters

[Bunker Tanker's Stamp: UE STAR IMO 9672313 SB 0765 I]
Bunker Tanker's Stamp

### MASTER'S / CHIEF ENGINEER'S ACKNOWLEDGEMENT

We acknowledge receipt of the above product and confirm that the following samples were jointly taken by continuous drip sampler at the vessel's manifold, sealed and numbered:

| | | Seal No. | Counter Seal No. (if any) |
|---|---|---|---|
| Vessel | : | 207987 | 182451 |
| | : | 207988 | 182452 |
| Bunker Tanker | : (MARPOL) | 208317/8 | 182453 |
| Surveyor | : | 221699 | 182454 |
| LAB | : | 221700 | — |
| Others | : | — | — |
| | | (To Specify) | (To Specify) |

Was a copy of MSDS received?     Yes / No

### CUSTOMER FEEDBACK

The following rating is satisfaction level of the bunkering operation (Please circle):

1        2        3        4        **5**
Very Unsatisfied                    Very Satisfied

Acknowledged by:

20/03/17, 1600HRS
Signature of Master/Chief Engineer/Date and Time

CAI KE YU
Full Name in Block Letters

[Vessel's Stamp: ZHONG XIN MARINE ... HONG KONG]
Vessel's Stamp

REMARKS  NIL

Was a Note of Protest issued?     Yes / **No**

* The COQ (Certificate of Quality) Density stated above is for fuel specification only and not for transfer quantity determination.