**Exhibit D**

# WORLD FUEL SERVICES

A TRADE NAME/DIVISION OF WORLD FUEL SERVICES (SINGAPORE) PTE LTD
238A THOMSON ROAD # 08-01/10 NOVENA SQUARE TOWER A
SINGAPORE 307684  Co Registration no: 199501485M
GST# M2-8920852-6

M/V ZHONG XIN PEARL AND/OR HER OWNERS/OPERATORS AND
WINDROSE SPS SHIPPING AND TRADING SA
29 RUE DE LA COULOUVRENIERE
GENEVA CH 1204
SWITZERLAND

## TAX INVOICE

| CUSTOMER NO. | INVOICE NO. | INVOICE DATE | PAGE NO. |
|---|---|---|---|
| 125762 | 264553-31501 | 29-MAR-17 | 1 - 1 |

Tel: 65-6215-6999 Fax: 65-6215-6902
Internet: www.wfscorp.com

**WIRE TRANSFER FUNDS TO:**
Bank of America N.A. NEW YORK, NY
SWIFT: BOFAUS3N
FedWire ABA: 026009593
ACH ABA: USABA
ACCT: World Fuel Services Europe, Ltd
ACCT# 5800678517
ALL BANK CHARGES ARE FOR SENDERS ACCOUNT

| LIFT DATE | BDR NO. | ORDER NO. | CONTRACT NO. | POI NO. | TERMS |
|---|---|---|---|---|---|
| 20-MAR-17 | 31147 | N/A | N/A | 2928060 | 30 DDD BY TT |
| **VESSEL** | **PORT** | **COUNTRY** | **DESTINATION** | **ITEM NO.** | **DUE DATE** |
| ZHONG XIN PEARL | SINGAPORE | SINGAPORE | CHINA | N/A | 19-APR-17 |

| DESCRIPTION | QUANTITY | UNIT PRICE | EXTENDED AMOUNT SGD | EXTENDED AMOUNT USD | TAX AMOUNT SGD | TAX AMOUNT USD | INVOICE AMOUNT SGD | INVOICE AMOUNT USD |
|---|---|---|---|---|---|---|---|---|
| 380CST / RMG380 MAX 3.5%S(10) | 1,249.1180 MTN | 290.00000 USD/MTN | 505,874.05 | 362,244.22 | 0.00 | 0.00 | 505,874.05 | 362,244.22 |
| | | | 505,874.05 | 362,244.22 | 0.00 | 0.00 | 505,874.05 | 362,244.22 |

COMMENTS
GST 0%

This transaction is subject to the terms and conditions of sale set forth at www.wfscorp.com/Marine/index.jsp
WE WILL ASSUME THIS INVOICE TO BE CORRECT UNLESS WE RECEIVE WRITTEN NOTICE FROM YOU WITHIN 14 DAYS FROM THE INVOICE DATE.
A CHARGE OF 2% PER MONTH PRO RATA WILL BE APPLIED ON AMOUNTS PAST DUE.

Please note that World Fuel Services is consolidating its brands. As a result, you may notice that the brand name or logo changes on certain documents. Rest assured that this branding change does not change the legal entity. The legal entity you are contracted to work with will remain your contractual partner at all times.

| MAIL INSTRUCTIONS | EXCHANGE RATE | COUNTRY SEQUENCE NO. | CUSTOMER PO NO. | **PLEASE REMIT THIS AMOUNT** |
|---|---|---|---|---|
| REGULAR MAIL | 1.39650 SGD/USD | SG-31501-1703-124187 | N/A | **USD 362,244.22** |