UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD FUEL SERVICES (SINGAPORE) PTE LTD., <br><br> Plaintiff, <br><br> v. <br><br> ZHONG XIN PEARL M/V, IMO NUMBER 9684134, <br><br> Defendant. | Case No. 20-cv-07423-JCS <br><br> **ORDER TO SHOW CAUSE WHY APPLICATIONS SHOULD NOT BE DENIED** <br><br> Re: Dkt. Nos. 3, 7 |

Plaintiff World Fuel Services (Singapore) PTE Ltd. ("WFS") applies for a warrant to arrest the Defendant vessel pursuant to Rule C of the Supplemental Rules for Admiralty or Maritime Claims, an order appointing National Maritime Services, Inc. as substitute custodian, and an order allowing the vessel to unload cargo and maintain normal operations (while remaining east of the Golden Gate Bridge) during the pendency of this action. The application to appoint a substitute custodian references an "October 21, 2020 Declaration of G. Robert Toney submitted with this Application," but no such declaration appears in the record. *See* dkt. 3. The application to allow cargo handling cites no authority addressing this Court's power to grant such relief or the standards for doing so. *See* dkt. 7. WFS is therefore ORDERED TO SHOW CAUSE why those applications should not be denied by filing, at its earliest convenience, the missing declaration and a response addressing authority for the application to permit cargo handling.

Because the proposed arrest warrant for the vessel calls for concurrent service of the orders appointing substitute custodian and allowing cargo handling, the Court holds in abeyance the application for an arrest warrant pending resolution of the issues addressed above.

**IT IS SO ORDERED.**

Dated: October 23, 2020

JOSEPH C. SPERO
Chief Magistrate Judge