MILLER NASH GRAHAM & DUNN LLP
Phillip Allan Trajan Perez, Bar No. 234030
trajan.perez@millernash.com
Tyler D. Bowlin, Bar No. 305715
tyler.bowlin@millernash.com
340 Golden Shore, Suite 450
Long Beach, California 90802
Telephone: 562.435.8002
Facsimile: 562.435.7967

Attorneys for Plaintiff
WORLD FUEL SERVICES (SINGAPORE) PTE LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD FUEL SERVICES (SINGAPORE) PTE LTD.,<br><br>Plaintiff,<br><br>v.<br><br>ZHONG XIN PEARL M/V, IMO Number 9684134, *in rem*,<br><br>Defendant. | IN ADMIRALTY<br><br>Case No. 3:20-cv-07423-JCS<br><br>**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE** |

Pursuant to this Court's Order to Show Cause, Dkt. No. 8, Plaintiff responds as follows:

Plaintiff thanks the Court for its Order to Show Cause noting the absence of Mr. Toney's Declaration from the Court's docket.

1. The Declaration of Robert Toney has now been filed as Dkt. No. 9.

2. As to the Court's authority to enter an order allowing cargo handling operations to continue and for movement of the vessel, the court has inherent authority to control proceedings before the Court, including the authority to control the holding and disposition of any res held by the Court, and its equitable powers to ameliorate any harm caused by the judicially authorized prejudgment attachment of property. If the event the Court disagrees, Plaintiff withdraws its Motion for Order Allowing Cargo Handling and Movement of Vessel, and is submitting to the

Court a revised form of Warrant of Arrest without references to any Order Allowing Cargo Handling and Vessel Movement.

Dated: October 23, 2020          MILLER NASH GRAHAM & DUNN LLP

By: */s/ Phillip Allan Trajan Perez*
    Phillip Allan Trajan Perez
    Tyler D. Bowlin
    Attorneys for Plaintiff
    WORLD FUEL SERVICES
    (SINGAPORE) PTE LTD.