1   MILLER NASH GRAHAM & DUNN LLP
    Phillip Allan Trajan Perez, Bar No. 234030
2   trajan.perez@millernash.com
    Tyler D. Bowlin, Bar No. 305715
3   tyler.bowlin@millernash.com
    340 Golden Shore, Suite 450
4   Long Beach, California  90802
    Telephone:    562.435.8002
5   Facsimile:    562.435.7967

6   Attorneys for Plaintiff
    WORLD FUEL SERVICES (SINGAPORE) PTE
7   LTD.

8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11

12   WORLD FUEL SERVICES                  IN ADMIRALTY
     (SINGAPORE) PTE LTD.,
13                                        Case No. 3:20-cv-07423
                    Plaintiff,
14                                        [PROPOSED] ORDER APPOINTING
     v.                                   SUBSTITUTE CUSTODIAN
15
     M/V ZHONG XIN PEARL, IMO Number
16   9684134, *in rem*,

17                  Defendant.

18

19          Plaintiff World Fuel Services (Singapore) Pte Ltd. ("WFS"), having moved this Court for

20   an Order appointing National Liquidators & National Maritime Services ("National Maritime

21   Services") as substitute custodian, in lieu of the United States Marshal, of the defendant vessel

22   Zhong Xin Pearl M/V, IMO Number 9684134 (the "Vessel"), and the Court having reviewed

23   Plaintiff's Motion for Appointment of Substitute Custodian dated October 22, 2020, and the

24   Declaration of G. Robert Toney dated October 21, 2020 in support of that Motion, and good cause

25   appearing for Plaintiff's motion, it is hereby ORDERED that:

26          1.      Plaintiff's Motion for Appointment of Substitute Custodian is granted;

27

28

MILLER NASH
GRAHAM & DUNN
LLP
ATTORNEYS AT LAW
LONG BEACH

2.      Effective on transfer of the Vessel from the U.S. Marshal to National Maritime Services, to occur immediately after the U.S. Marshal takes the Vessel into custody, National Maritime Services is hereby appointed to act as substitute custodian of the Vessel during *custodia legis* on behalf of this Court, in place and in the stead of the United States Marshal;

3.      Effective on transfer of custody of the Vessel to National Maritime Services by the U.S. Marshal, National Maritime Services will be insured by being named as an additional insured on the U.S. Marshal's policy of insurance for loss of or injury to the Vessel while in National Maritime Services' custody and for damages sustained by third parties for which National Maritime Services is legally responsible;

4.      To the extent not covered by the U.S. Marshal's insurance, Plaintiff shall indemnify and hold harmless the U.S. Marshal, to the extent required by law, for such loss or injury to the Vessel, or damages to third parties, occurring during National Maritime Services' custody of the Vessel as substitute custodian; provided however that any such indemnification shall be without prejudice to Plaintiff's or the U.S. Marshal's rights to seek contribution or indemnification from any other parties who may appoint a substitute custodian and have the Vessel in that custody when any such loss, injury, or damages may occur;

5.      All expenses incurred by National Maritime Services, or by any party advancing funds to National Maritime Services, for safekeeping and maintaining the Vessel while it is in *custodia legis*, shall be administrative expenses and a first charge on the Vessel, to be paid prior to release of the Vessel or distribution of the proceeds of its sale;

6.      On Plaintiff's deposit of $5,000.00 with the U.S. Marshal, which amount Plaintiff has represented the U.S. Marshal deems sufficient, liability insurance for National Maritime Services as an additional insured will be maintained through the insurance of the U.S. Marshal, which shall provide coverage for the protection of the Vessel, Plaintiff, and National Maritime Services, as may be applicable; and

///

///

///

MILLER NASH
GRAHAM & DUNN
LLP
ATTORNEYS AT LAW
LONG BEACH

4838-0888-1871.3

[PROPOSED] ORDER APPOINTING SUBSTITUTE CUSTODIAN
Case No. 3:20-cv-07423

7.    During *custodia legis,* National Maritime Services shall not permit repairs or changes to be made to the Vessel, except for routine maintenance required for the Vessel's safekeeping, or in emergency situations, without an order of this Court.

Dated: October __23__, 2020

UNITED STATES ~~DISTRICT COURT JUDGE~~ / MAGISTRATE JUDGE

Joseph C. Spero

PRESENTED BY

MILLER NASH GRAHAM & DUNN LLP

By: /s/ *Phillip Allan Trajan Perez*
   Phillip Allan Trajan Perez
   Tyler D. Bowlin
   Attorneys for Plaintiff
   WORLD FUEL SERVICES
   (SINGAPORE) PTE LTD.

MILLER NASH
GRAHAM & DUNN
LLP
ATTORNEYS AT LAW
LONG BEACH

[PROPOSED] ORDER APPOINTING SUBSTITUTE CUSTODIAN
Case No. 3:20-cv-07423