MILLER NASH GRAHAM & DUNN LLP
Phillip Allan Trajan Perez, Bar No. 234030
trajan.perez@millernash.com
Tyler D. Bowlin, Bar No. 305715
tyler.bowlin@millernash.com
340 Golden Shore, Suite 450
Long Beach, California  90802
Telephone:    562.435.8002
Facsimile:    562.435.7967

Attorneys for Plaintiff
WORLD FUEL SERVICES (SINGAPORE) PTE LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD FUEL SERVICES (SINGAPORE) PTE LTD.,<br><br>Plaintiff,<br><br>v.<br><br>ZHONG XIN PEARL M/V, IMO Number 9684134, *in rem*,<br><br>Defendant. | IN ADMIRALTY<br><br>Case No. 20-cv-07423-JCS<br><br>[PROPOSED] ORDER ALLOWING CARGO HANDLING AND MOVEMENT OF VESSEL |

   WHEREAS Plaintiff has applied to this Court for an Order permitting Defendant vessel Zhong Xin Pearl M/V, IMO Number 9684134, to conduct normal port operations while under arrest, that is, loading and/or discharging cargo at the Port of Pittsburg, California, and safe movement of the Vessel within the inland waters at or near the at the Port of Pittsburg, California, but in any event in the waters east of the Golden Gate Bridge as needed,

   WHEREAS the Court having reviewed Plaintiff's Motion to Allow Cargo Handling (see Admiralty Local Rule 9-1(c); Toney Decl. (dkt. 9) ¶ 5) and Movement of Vessel dated October 22, 2020, and good cause appearing therefor, now, therefore, it is hereby:

   ORDERED that Plaintiff's Motion to Allow Cargo Handling and Movement of Vessel is granted, that is, the said Vessel shall be permitted to conduct normal operations while

4821-5232-8911.1                               - 1 -
[PROPOSED] ORDER ALLOWING CARGO HANDLING AND MOVEMENT OF VESSEL
CASE NO. 3:20-CV-07423

MILLER NASH
GRAHAM & DUNN
LLP
ATTORNEYS AT LAW
LONG BEACH

under arrest, including fueling, loading, discharging, and other cargo handling and safe movement within the inland waters east of the Golden Gate Bridge, as may be needed; and it is further

ORDERED that the substitute custodian National Maritime Services, Inc. shall ensure that the operations of the Vessel conducted are normal port operations and that the Vessel always remains within the inland waters east of the Golden Gate Bridge at or near the Port of Pittsburg, California, and it is further

ORDERED that, should Plaintiff be for some reason called to pay any costs of said normal operations of the Vessel while under arrest, those costs shall constitute expenses that are *custodia legis* and administrative expenses herein. Should Plaintiff furnish any necessaries to the Vessel that would ordinarily entitle Plaintiff to a lien against the Vessel, Plaintiff's right to a lien against the Vessel shall not be prejudiced by the fact that the Vessel is in custody.

DATED: October 23, 2020.

JOSEPH C. SPERO
UNITED STATES ~~DISTRICT COURT JUDGE~~
CHIEF MAGISTRATE JUDGE

Presented by:

MILLER NASH GRAHAM & DUNN LLP


By: */s/ Phillip Allan Trajan Perez*
    Phillip Allan Trajan Perez
    Tyler D. Bowlin
    Attorneys for Plaintiff
    WORLD FUEL SERVICES
    (SINGAPORE) PTE LTD.

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
LONG BEACH

4821-5232-8911.1

- 2 -

[PROPOSED] ORDER ALLOWING CARGO HANDLING AND MOVEMENT OF VESSEL
CASE NO. 3:20-CV-07423