MILLER NASH GRAHAM & DUNN LLP
Phillip Allan Trajan Perez, Bar No. 234030
trajan.perez@millernash.com
Tyler D. Bowlin, Bar No. 305715
tyler.bowlin@millernash.com
340 Golden Shore, Suite 450
Long Beach, California  90802
Telephone:   562.435.8002
Facsimile:    562.435.7967

Attorneys for Plaintiff
WORLD FUEL SERVICES (SINGAPORE) PTE LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD FUEL SERVICES (SINGAPORE) PTE LTD.,<br><br>Plaintiff,<br><br>v.<br><br>ZHONG XIN PEARL M/V, IMO Number 9684134, *in rem*,<br><br>Defendant. | IN ADMIRALTY<br><br>Case No. 3:20-cv-07423<br><br>[~~PROPOSED~~] ORDER AUTHORIZING ISSUANCE OF WARRANT FOR ARREST OF VESSEL |

WHEREAS, on review of Plaintiff's Verified Complaint requesting issuance of a Warrant of Arrest *in rem*, and the Court finding that the conditions set forth in Rule C of the federal Supplemental Rules for Certain Admiralty and Maritime Claims for issuance of a warrant for arrest against the Zhong Xin Pearl M/V, IMO Number 9684134 appear to exist, now, therefore, it is hereby:

ORDERED that the Clerk shall issue a Warrant of Arrest for the Zhong Xin Pearl M/V, IMO Number 9684134, her tackle, engines, etc., as prayed for in the Verified Complaint; and it is further

ORDERED that a copy of the Verified Complaint, Order Authorizing Issuance of

4845-9039-8927.1
- 1 -
[PROPOSED] ORDER AUTHORIZING ISSUANCE OF WARRANT FOR ARREST OF VESSEL CASE NO. 3:20-CV-07423

MILLER NASH
GRAHAM & DUNN
LLP
ATTORNEYS AT LAW
LONG BEACH

1  Warrant for Arrest of Vessel, and Warrant for Arrest of Vessel be served upon the Vessel; and it is
2  further
3      ORDERED that any person claiming an interest in the property seized pursuant
4  to said Warrant of Arrest shall, upon application to the Court, be entitled to a prompt hearing
5  at which Plaintiff shall be required to show why the arrest should not be vacated or other
6  relief granted.
7      DATED:   October 23 2020.

_____
JOSEPH C. SPERO
UNITED STATES ~~DISTRICT COURT~~ JUDGE
CHIEF MAGISTRATE

Presented by:

MILLER NASH GRAHAM & DUNN LLP

By: */s/ Phillip Allan Trajan Perez*
    Phillip Allan Trajan Perez
    Tyler D. Bowlin
    Attorneys for Plaintiff
    WORLD FUEL SERVICES
    (SINGAPORE) PTE LTD.