MILLER NASH GRAHAM & DUNN LLP
Phillip Allan Trajan Perez, Bar No. 234030
trajan.perez@millernash.com
Tyler D. Bowlin, Bar No. 305715
tyler.bowlin@millernash.com
340 Golden Shore, Suite 450
Long Beach, California  90802
Telephone:    562.435.8002
Facsimile:     562.435.7967

Attorneys for Plaintiff
WORLD FUEL SERVICES (SINGAPORE) PTE LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD FUEL SERVICES (SINGAPORE) PTE LTD.,<br><br>Plaintiff,<br><br>v.<br><br>ZHONG XIN PEARL M/V, IMO Number 9684134, *in rem*,<br><br>Defendant. | IN ADMIRALTY<br><br>Case No. 3:20-cv-07423<br><br>**WARRANT FOR ARREST OF VESSEL (RULE C)** |

**TO:   THE MARSHAL FOR THE NORTHERN DISTRICT OF CALIFORNIA**

WHEREAS, a Verified Complaint was filed herein in the above captioned matter on October 22, 2020, by plaintiff World Fuel Services (Singapore) Pte Ltd., whose attorneys are Miller Nash Graham & Dunn LLP, asserting an admiralty and maritime claim by World Fuel Services (Singapore) Pte Ltd. to foreclose its maritime lien against the Zhong Xin Pearl M/V, IMO Number 9684134, and her tackle, engines, earnings, freights, etc. and all other furniture or equipment thereunto appertaining and belonging, as more particularly described in said Verified Complaint; and praying for process in rem to obtain jurisdiction over said vessel, and requesting the issuance of a warrant for arrest of the vessel and for service of a copy of the Verified Complaint, Order Authorizing Issuance of Warrant for Arrest of Vessel, Order Appointing

MILLER NASH
GRAHAM & DUNN
LLP
ATTORNEYS AT LAW
LONG BEACH

4838-0213-7551.1

- 1 -

WARRANT FOR ARREST OF VESSEL CASE NO. 3:20-CV-07423

Substitute Custodian, Order Allowing Cargo Handling and Movement of Vessel and this Warrant for Arrest of Vessel upon the Master or other ranking officer or caretaker of the vessel;

YOU ARE HEREBY COMMANDED forthwith to arrest the Zhong Xin Pearl M/V, IMO Number 9684134, her tackle, engines, etc., and all other furniture or equipment thereunder appertaining and belonging to the Zhong Xin Pearl M/V, IMO Number 9684134, and to detain the same until further Order of this Court or until the release of the same in your custody is duly obtained, and to serve a copy of the Verified Complaint, Order Authorizing Issuance of Warrant for Arrest of Vessel, Order Appointing Substitute Custodian, Order Allowing Cargo Handling and Movement of Vessel, and this Warrant for Arrest of Vessel upon the Master or other ranking officer or caretaker of the Zhong Xin Pearl M/V.

YOU ARE FURTHER COMMANDED to give due notice to all persons claiming the same or having anything to say why the same should not be sold pursuant to the prayer of the said Verified Complaint, that they must file their claim with the Clerk of the Court within 10 days after execution of this process, or within such additional time as may be allowed by the Court, and must serve their answers within 20 days after the filing of their claims.

YOU ARE FURTHER COMMANDED to file this process in this Court with your return promptly after execution thereof, and mail a copy thereof to the attorney of whose request the execution was effected.

DATED:   October 23, 2020.

_Karen L. How_
CLERK, U.S. DISTRICT COURT

MILLER NASH
GRAHAM & DUNN
LLP
ATTORNEYS AT LAW
LONG BEACH

4838-0213-7551.1

- 2 -
WARRANT FOR ARREST OF VESSEL CASE NO. 3:20-CV-07423

**MARSHAL'S RETURN**

The obedience to the within warrant for arrest in action in rem, I attached the _____ therein described on the _____.

      (Date)

I further certify that I posted a copy of said process on the said vessel in a conspicuous place and placed a keeper in charge thereof. I further certify that I handed to and left with

_____
_____
_____

a copy of the Complaint and said process on the _____.

      (Date)

DATED: October ___, 2020.

_____
United States Marshal

By: _____
Deputy United States Marshal